UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
TEBYTHA CHAN, :
:
                Plaintiff, :            25-CV-2020 (JMF)
:
      -v- :                ORDER
:
KAFENE, INC., :
:
                Defendant. :
:
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      In light of Defendant's new motion to dismiss, *see* Docket No. 10, Defendant's earlier motion to dismiss filed at Docket No. 7 is hereby DENIED as moot. Plaintiff's opposition to the new motion to dismiss is due by **July 14, 2025**. Defendant's reply, if any, is due by **July 21, 2025**.

      The Clerk of Court is directed to terminate Docket No. 7.

      SO ORDERED.

Dated: July 2, 2025
       New York, New York

                                            JESSE M. FURMAN
                                       United States District Judge